601 A.2d 806

**SALVINO STEEL & IRON WORKS, INC., Appellant,**

v.

**FLETCHER & SONS, INC., Fireman's Fund Insurance Co., and American Insurance Company.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1992.

Decided Feb. 14, 1992.

Neil M. Hilkert, Lansdale, for appellant.

Roy S. Cohen, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.